IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

Snyder Family Trust

        Plaintiff,

vs.

Kash Snyder, Mark Snyder,
Scott M Snyder, Shanni Snyder

     and
      his wife,

    Defendents

PRAECIPE FOR 6D-05-2651
CONFESSION OF JUDGMENT

Filed on behalf of Plaintiff,

Counsel of record for this party:
George C Snyder,Trustee,Pro Se
98 Arlene Drive
North Versailles, PA 15137
(412)673-8315



PRAECIPE FOR ENTRY OF
JUDGMENT BY CONFESSION

TO: MICHAEL COYNE, PROTHONOTARY:

SIR:

Enter judgment by confession in accordance with the terms of the instrument attached hereto in favor of Plaintiff and against Defendants, jointly and severally, as follows:

Principal –                    50,000,000.00

Interest from                        0.00

JUDGMENT AMOUNT –  50,000,000.00

Attorneys for Plaintiff

George C Snyder,Trustee Pro Se
98 Arlene Drive
North Versailles, PA 15137
(412) 673-8315

## CERTIFICATE OF RESIDENCE

I hereby certify that the precise residence of the Plaintiff is **98 Arlene
Drive, North Versailles, PA 15137.**
and that the precise residence of the Defendants is **98 Arlene Drive, North Versailles,
PA 15137.**

George C Snyder, Trustee
Snyder Family Trust

COMMONWEALTH OF PENNSYLVANIA          )
COUNTY OF ALLEGHENY                   )

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared George C Snyder

who being duly sworn according to law deposes and says that the judgment entered against the

Defendants above-named by confession is not being entered in connection with a consumer

credit transaction. *The judgement is not being entered against A Natural person in connection with a Residential lease.*

Sworn to and subscribed before me this
____ 31 ____ day of January ____, 2005

George C Snyder, Trustee
Snyder Family Trust

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Angelo Pomposelli, Notary Public
East McKeesport Boro, Allegheny County
My Commission Expires Apr. 27, 2008
Member, Pennsylvania Association Of Notaries

January 30, 2005

**$** 50,000,000.00

Kash Snyder, Mark
Snyder,Shanni Sny-
der,Scott M Snyder

**On** _____ January 30, 2005 _____ **for Value received,** We,der,Scott M Snyder

Kash Snyder, Mark Snyder, Shanni Snyder

**promise to pay to the order of** _____ Snyder Family Trust

**at** ___ 98 Arlene Drive, North Versailles, PA 15137

**the sum of** ___ Fifty Million 100 _____ **Dollars**
                                          00

together with interest at the rate of ___ 20 ___ %, per year (computed on the basis of a 360 day year).

And further, upon failure to make the aforesaid payment when due, We ___ do ___ hereby empower any Attorney of any Court of Record within the United States or elsewhere to appear for ___ us ___ and with or without declaration filed, confess a judgment or judgments against ___ us ___ in favor of ___ Snyder Family Trust ___ or any other holder hereof as of any term for the above sum remaining unpaid, interest thereon, and Costs of suit and an Attorney's commission of ___ 25 ___ %, for collection, with release of all errors and the right to issue execution forthwith upon default as aforesaid. The authority and power to appear and enter judgment is not exhausted by the initial exercise of this power and it may be exercised as often as ___ Snyder Family Trust ___ or other holder deems necessary and desirable. Intending to be legally bound, Witness the due execution hereof.

Witness/Attest

P. O. NALY CO.

No. _____   Due January 31, 2005.

Scott M Snyder

Mark Snyder

Shanni Snyder

(Seal)
(Seal)
(Seal)

SIGNATURES
KCS SMS, kasb-C/ Snyder
SMS, MS. 1-31-05 FOR 4

COMMONWEALTH OF PENNSYLVANIA
Angelo Pompeselli,
Notarial Seal
East McKeesport Boro, Allegheny County
My Commission Expires Apr. 27, 2008
Member, Pennsylvania Association Of Notaries

PROMISSORY NOTE

RE: CONTRACT FOR: Losses,Etc.

We X PROMISE TO PAY $ 50,000,000.00

ON OR BEFORE   January 30, 2005

TO THE ORDER OF   Snyder Family Trust

LOCATED AT  98 Arlene Drive, North Versailles, PA 15137

WITHOUT DEFALCATION, VALUE RECEIVED, WITH INTEREST

AND FURTHER;   __WE__   DO HEREBY EMPOWER ANY ATTORNEY OF ANY
COURT OF RECORD WITHIN THE UNITED STATES OR ELSEWHERE TO APPEAR FOR
__US__, AND AFTER ONE OR MORE DECLARATIONS FILED, CONFESS JUDGMENT
AGAINST __US__ AS OF ANY TERM FOR THE ABOVE SUM WITH COSTS OF SUIT
AND ATTORNEY'S COMMISSION OF __25__ PERCENT FOR COLLECTION AND
RELEASE OF ALL ERRORS AND WITHOUT STAY OF EXECUTION AND INQUISITION
AND EXTENSION UPON ANY LEVY ON REAL ESTATE IS HEREBY WAIVED, AND
CONDEMNATION AGREED TO AND EXECUTION HEREON, IS ALSO HEREBY
EXPRESSLY WAIVED, AND NO BENEFIT OF EXEMPTION BE CLAIMED UNDER AND
BY VIRTUE OF ANY EXEMPTION LAW NOW IN FORCE OR WHICH MAY BE
HEREAFTER PASSED.
        our
WITNESS _____ MY _____ HAND AND SEAL _____ 1-31-05 SEAL

NO. _____ DUE 01/30/05

Kash Snyder

**Subscribed and sworn** to before me
BY KS, SS, MS, + SMS.

Shanni Snyder

Mark Snyder

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Angelo Pomposelli, Notary Public
East McKeesport Boro, Allegheny County
My Commission Expires Apr. 27, 2008
Member, Pennsylvania Association Of Notaries

Scott Snyder

Commonwealth of Pennsylvania } ss.
County of ....Allegheny................

On this the ........31........ day of JANUARY................, A.D. 19 2005

before me ...ANGELO POMPOSELLI............ the undersigned officer, personally appeared

Kash C Snyder      known to me

(or satisfactorily proven) to be the person   whose name   is   subscribed to the within instrument

and acknowledged that   I   executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

Kash C Snyder

NOTARY PUBLIC

(Title of Officer)

My commission expires

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Angelo Pomposelli, Notary Public
East McKeesport Boro, Allegheny County
My Commission Expires Apr. 27, 2008
Member, Pennsylvania Association Of Notaries

Commonwealth of Pennsylvania
County of Allegheny ................................ } ss.

On this the 31 day of JANUARY , A.D.XX 2005
before me ANGelo Pomposelli the undersigned officer, personally appeared
Scott M Snyder known to me
(or satisfactorily proven) to be the person whose name is subscribed to the within instrument
and acknowledged that I executed the same for the purposes therein contained.
In Witness Whereof, I hereunto set my hand and official seal.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Angelo Pomposelli, Notary Public
East McKeesport Boro, Allegheny County
My Commission Expires Apr. 27, 2008
Member, Pennsylvania Association Of Notaries

My commission

Scott M Snyder

(Title of Officer)
NoTARY PubLiC

Commonwealth of Pennsylvania  } ss.

County of  Allegheny

On this the   31   day of   JANUARY   , A.D.XXX 2005

before me   ANGELO Pomposelli   the undersigned officer, personally appeared

Shanni S Snyder   known to me

(or satisfactorily proven) to be the person   whose name   is   subscribed to the within instrument

and acknowledged that   I   executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

Shanni S Snyder   Notary Public

(Title of Officer)

My commission expires

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Angelo Pomposelli, Notary Public
East McKeesport Boro, Allegheny County
My Commission Expires Apr. 27, 2008
Member, Pennsylvania Association Of Notaries

Commonwealth of Pennsylvania

County of _Allegheny_____ } ss.

On this the    31    day of    JANUARY    , A.D. XX 200,5

before me   ANGELO Pomposelli,    the undersigned officer, personally appeared

Mark A Snyder    known to me

(or satisfactorily proven) to be the person    whose name    is    subscribed to the within instrument

and acknowledged that    I    executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

Mark A Snyder

My commission expires

_(Title of Officer)_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Angelo Pomposelli, Notary Public
East McKeesport Boro, Allegheny County
My Commission Expires Apr. 27, 2008
Member, Pennsylvania Association Of Notaries