# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 19-20828-CMB |
| George C. Snyder | |
| Debtor(s) | Chapter 13 |
| | Related to Document No. 47 |

## ORDER OF COURT

AND NOW, this **4th day of October, 2019**

IT IS HEREBY ORDERED that the Rule To Show Cause Hearing why the case should not be dismissed per Conciliation Conference held September 12, 2019 on the Plan dated March 28, 2019 at Dkt. No. 19 that is scheduled for October 11, 2019 at 10:00 a.m. is **RESCHEDULED** for November 6, 2019 at 11:00 a.m. in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

BY THE COURT:

*Carlota M. Böhm*  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
10/4/19 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cm: All Parties in Interest